**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TIFFANY MATTHEWS, | : | No. 323 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL G. WINCE AND DORENE M. | : | |
| WINCE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.